UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| TIGER TOOL INTERNATIONAL INCORPORATED, A CANADIAN CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:22-cv-23576-KMW |
| ONE STOP DISTRIBUTORS LLC, a Florida LLC d/b/a ONI TOOLS, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Tiger Tool International Incorporated and Defendant One Stop Distributors LLC have conferred on an agreed protective order and jointly request entry of a Protective Order. The parties' Jointly Proposed Protective Order has been submitted to the Court via electronic mail.

1

Dated:  September 26, 2023

Respectfully submitted,

By: *Eric J. Partlow*
Eric J. Partlow, Esq.
Florida Bar No. 556531
eric.partlow@arlaw.com
ann.jones@arlaw.com
**ADAMS AND REESE LLP**
100 N. Tampa Street, Suite 4000
Tampa, FL 33602
Telephone: 813-402-2880
Facsimile: 813-402-2887


Joel B. Ard (Admitted *Pro Hac Vice*)
WSBA # 40104
**ARD LAW GROUP PLLC**
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243
Joel@Ard.law

*Attorneys for Plaintiff*
*Tiger Tool International, Inc.*

Respectfully submitted,

By: /s/ *Glen H. Waldman*
Glen H. Waldman, Esq.
Florida Bar No. 618624
**ARMSTRONG TEASDALE LLP**
355 Alhambra Circle, Suite 1200
Coral Gables, FL 33134
Telephone: 305.371.8809
gwaldman@atllp.com
miamiefiling@atllp.com

David M. Magee, Esq. (*pro hac vice*)
Karl T. Fisher, Esq. (*pro hac vice*)
**ARMSTRONG TEASDALE LLP**
Prudential Tower
800 Boylston St, 30th Floor
Boston, MA 02199
Telephone:617.824.5134
dmagee@atllp.com
kfisher@atllp.com

*Attorneys for Defendant*
*One Stop Distributors LLC*

### CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on September 26, 2023, with a copy of the foregoing via the Court's CM/ECF system.

/s/ *Glen H. Waldman*
Glen H. Waldman, Esq.